# Third District Court of Appeal
## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1668
Lower Tribunal No. 18-17443 CC
_____

**Claudia E. Lewis, etc.,**
Appellant,

vs.

**Great Northern Insurance Company, etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

The Burton Firm, P.A., and Marc A. Burton and Richard J. Burton, for appellant.

Kennedys Law and Kristen D. Perkins and Jordan H. Lewis, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.